IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-00842-REB-MEH | Date:   September 24, 2009 |
| Courtroom Deputy: Geneva Mattei | **FTR – Courtroom C203** |

SCOTT FRASER,                                                                         Kevin Asfour
                                                                                                    Michael Quinn
                                                                                                    (Phone)

     Plaintiff,

vs.

HIGH MOUNTAIN CONCEPTS, LL,                                          Rufus Wilderson
                                                                                                    (Phone)

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**           2:36 p.m.

Court calls case.  Appearances of counsel.

Opening statements by the Court.

Argument and discussion regarding Defendant/Counterclaimt's Motion for Protective Order (Doc. #23, filed 9/14/09)

**ORDERED:** Defendant's motion for protective order (Doc. 23, filed 9/14/09) is granted in part and denied in part for reasons stated on the record,

**ORDERED:**  A Settlement Conference is set for November 6, 2009 at 9:00 a.m.

**ORDERED:** The plaintiff shall file a motion for costs incurred relating to the late filing of defendant's motion for protective order on or before September 28, 2009. Defendant shall respond on or before October 2, 2009.

**Court in recess:**      3:18 p.m.   (Hearing concluded)
**Total time in court:**  0:42