# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 09-cv-00842-REB-MEH

SCOTT FRASER, an individual,

    Plaintiff and Counterclaim-Defendant,

v.

HIGH MOUNTAIN CONCEPTS, LLC, a Colorado limited liability company,

    Defendant and Counterclaimant.

# ORDER

**Blackburn, J.**

    The matter comes before me on the Parties' **Notice of Settlement Payment and Request for Dismissal** [#39], filed August 6, 2010. This notice is filed pursuant to my **Order** [#38] entered January 5, 2010. *See* Order at 1, ¶ 1. Pursuant to that same order, the case was closed administratively. *See* Order at 2, ¶ 5. After careful review of the notice and the file, I conclude that the case should be reopened, that the notice should be approved, and that the case should be dismissed with prejudice.

    **IT IS ORDERED** as follows:

    1. That pursuant to D.C.COLO.LCivR 41.2, this case is **REOPENED**;

    2. That the **Notice of Settlement Payment and Request for Dismissal** [#39], filed August 6, 2010, is **ACCEPTED** and **APPROVED**;

    3. That the request for dismissal is **GRANTED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 9, 2010, at Denver, Colorado.

**BY THE COURT:**

_/s/ Bob Blackburn_
Robert E. Blackburn
United States District Judge